[No. 46317-9-I. Division One. July 9, 2001.]

US WEST COMMUNICATIONS, INC., ET AL., *Appellants*, v. WASHINGTON UTILITIES AND TRANSPORTATION COMMISSION, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 99-2-09450-6, Jeffrey M. Ramsdell, J., entered March 23, 1999 and February 16, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Ellington, J.

[No. 46412-4-I. Division One. July 9, 2001.]

TRANS WEST COMMUNICATIONS, INC., *Respondent*, v. 800 TRAVEL SYSTEMS, INC., *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 98-2-04446-2, R. Joseph Wesley, J., entered January 10 and March 6, 2000. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Kennedy, J.

[No. 46669-1-I. Division One. July 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE L. WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-09881-8, William L. Downing, J., entered April 25, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Becker and Appelwick, JJ.

[No. 46977-1-I. Division One. July 9, 2001.]

WILLIAM T. BEEKS, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-01699-8, Richard McDermott, J., entered January 5, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, C.J., and Cox, J.